```
 1  THOMAS P. O'BRIEN                                          MADE JS-6
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  LISABETH SHINER
    Special Assistant United States Attorney
 6  California Bar Number 151792
    Asset Forfeiture Section
 7        1400 United States Courthouse
          312 North Spring Street
 8        Los Angeles, California 90012
          Telephone: (213) 894-6528
 9        Facsimile: (213) 894-7177
          Email:    Lisabeth.Shiner@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 07-4911 GW (RZx) |
| Plaintiff, | **ORDER RE CONSENT JUDGMENT** |
| v. | 21 U.S.C. § 881(a)(7) |
| REAL PROPERTY LOCATED IN LOS ANGELES, CALIFORNIA (CHHITARAM N. PATEL AND DAHIBEN C. PATEL) | [A.T.F.] |
| Defendant. | |
| DAHIBEN C. PATEL, DINESH N. PATEL, AND NARESH N. PATEL, | |
| Claimants. | |

The clerk is hereby directed to enter the Consent Judgment previously lodged by plaintiff and claimant Dahiben C. Patel, which constitutes a final judgment resolving this action.

IT IS SO ORDERED.

DATED: April 29, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
LISABETH SHINER
Special Assistant United States Attorney
Attorneys for Plaintiff
United States of America

2